**ETHAN JACOBS LAW**
Ethan Jacobs (State Bar No. 291838)
Email: ethan@ejacobslaw.com
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

DMCA SUBPOENA TO
CLOUDFLARE, INC.,

           Service Provider.

**Case No.:**   3:25-mc-80197

**DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC.**

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

## DECLARATION OF ANDREAS ALKIVIADES ANDREOU

I, Andreas Alkiviades Andreou, hereby declare as follows:

1. I am a Citizen of the Republic of Cyprus, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director of Aylo Premium Ltd (hereinafter, "AYLO") and am authorized to act on its behalf.

3. I submit this declaration in support of AYLO's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of AYLO's copyrighted material on the domains, Pornhits.com, Wow.xxx, Omg.xxx, Fullvideos.xxx, Fullporno.xxx, Fullporn.xxx, Fullhd.xxx, and Freeporn.gg, webpages hosted by Cloudflare ("Webpages").

4. I have personal knowledge of the copyrights owned by AYLO and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that AYLO's copyrighted works have been posted without AYLO's authorization on the Webpages.

5. On July 1, 2025, an authorized agent for AYLO, Jason Tucker, issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on the Webpages. Pursuant to Section 512(c)(3)(A), the notification was properly signed by AYLO's agent, identified the copyrighted material being infringed, set forth a listing of the 9 URLs containing posts of infringing material, confirmed that such use of AYLO's copyrighted works was not authorized by AYLO, and gave contact information such that the DMCA Agent could reach AYLO's Agent with questions. A true and correct copy of the July 1, 2025 notification is attached as Exhibit A.

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

6.    The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from AYLO, posted material to the Webpages, which infringed copyrights held by AYLO. The information received as a result of the Subpoena will only be used by AYLO to protect its rights under Title 17 of the United States Code.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 15th day of July 2025 at Nicosia, Cyprus.

_____
Andreas Alkiviades Andreou

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 3

# Exhibit A

Subject    **DMCA Takedown Notice for Copyright Infringement**
From    Jason Tucker███████████████████████████
To    <abuse@cloudflare.com>
Date    2025-07-01 01:02 PM



Cloudflare
DMCA Agent: Justin Paine
101 Townsend Street
Legal Department
San Francisco, CA 94107
Phone: 6503198930
via Email: abuse@cloudflare.com

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledgeand belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on itsrights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disableaccess to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness ofinfringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
Aylo Premium Ltd, c/o Battleship Stance, Inc.
Address: ███████████████████████████████████USA
Email: ███████████████████████

Location of original works: https://www.brazzers.com/

This correspondence and all of its contents is without prejudice to Aylo Premium Ltd, Aylo Freesites Ltd, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for Aylo Premium Ltd, Aylo Freesites Ltd

Links to Infringing Material that we request be REMOVED:
https://www.pornhits.com/video/271685/delivery-driver-dicked-down-with-lexi-lore/
https://tn.pornhits.com/media/tn/271685_preview.webp
https://www.wow.xxx/videos/brazzers-steamiest-stepsibling-encounters/
https://www.omg.xxx/videos/93797823/her-glowing-buttflap-is-a-trap/
https://www.fullvideos.xxx/videos/93775252/delivery-driver-dicked-down/
https://www.fullporno.xxx/videos/93775252/delivery-driver-dicked-down/
https://www.fullporn.xxx/search/delivery-driver/
https://www.fullhd.xxx/videos/93775252/delivery-driver-dicked-down/
https://www.freeporn.gg/videos/tattooed-drivers-anal-adventure/

--
Jason Tucker
Cell/WhatsApp: ███████████████

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved.